**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:26-cv-61816-LEIBOWITZ**

**ROBINSON RAFAEL LOPEZ TIBERIO,**

*Petitioner,*

*v.*

**WARDEN, BROWARD TRANSITIONAL CENTER,**

*Respondent.*
_______________________________________/

**ORDER GRANTING MOTION TO VOLUNTARILY DISMISS PETITION**

**THIS CAUSE** comes before the Court on Petitioner Robinson Rafael Lopez Tiberio's ("Petitioner") Motion to Voluntarily Dismiss Petition for Writ of Habeas Corpus, or, in the Alternative, for Expedited Decision (the "Motion"). [ECF No. 10]. Petitioner has signed documentation agreeing to voluntary depart from the United States and requests that the Court voluntarily dismiss this action without prejudice so that immigration authorities may proceed with Petitioner's voluntary departure. [*Id.* ¶¶ 3, 5, 6]. Upon due consideration, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Petitioner's Motion [**ECF No. 10**] is **GRANTED**.
2. The Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 [**ECF No. 1**] is **DISMISSED** ***without prejudice***.
3. The portion of the Court's July 1, 2026, Order administratively staying Petitioner's removal proceedings and prohibiting Petitioner's transfer or removal from the Southern District of Florida until further order of the Court [**ECF No. 4 ¶ 1**] is **LIFTED**.
4. Each party shall bear its own attorneys' fees and costs.
5. This case is **CLOSED**, and all pending motions are **DENIED AS MOOT**.

6. The ***Clerk*** is *directed* to mail a copy of this Order to Petitioner.

**DONE AND ORDERED** in the Southern District of Florida on September 9, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record

Robinson Rafael Lopez Tiberio, *Pro Se*
A# 216875361
4019 N. University Dr
Sunrise, FL 33351